UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 19-070-DCR |
| V. | ) | |
| LAVONTE LEE HARMON, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is pending for consideration of Defendant Lavonte Harmon's motion for re-arraignment. [Record No. 26] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. Defendant Harmon's motion for re-arraignment [Record No. 26] is **GRANTED**.

2. Re-arraignment of the defendant for the purpose of entering a guilty plea to Counts 1 and 2 of the Indictment shall be held on **Friday, June 7, 2019**, beginning at the hour of **11:45 a.m.**, at the United States Courthouse in Lexington, Kentucky.

3. The pretrial conference and jury trial, previously scheduled for June 7, 2019, and June 24, 2019, respectively, are **CANCELED**.

4. The defendant's motion to suppress [Record No. 17] and the Magistrate Judge's Report and Recommendation [Record No. 25] are **DENIED**, as moot.

Dated: June 5, 2019.



Signed By:
*Danny C. Reeves*
United States District Judge